UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JESSICA R. LOCKETT,  ) | CASE NO. 5:14CV2520 |
| ) | |
| Plaintiff,  ) | JUDGE JOHN R. ADAMS |
| ) | |
| -vs-  ) | |
| ) | MEMORANDUM OF OPINION |
| COMMISSIONER  ) | AND ORDER |
| OF SOCIAL SECURITY  ) | |
| ) | |
| Defendant.  ) | |

On September 22, 2015, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 16) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No one has raised any objections. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.


Dated:  October 14, 2015                                        */s/ John R. Adams*_____
                                                                                JOHN R. ADAMS
                                                                                UNITED STATES DISTRICT JUDGE